```
                             United States Bankruptcy Court
                             Western District of Washington
In re:                                                                  Case No. 09-49831-BDL
Raymond Lester Carson                                                   Chapter 7
Milanda Harmiena Roza Carson
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0981-3          User: admin                 Page 1 of 3                  Date Rcvd: Mar 08, 2013
                              Form ID: ntcclm             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2013.
db/jdb       +Raymond Lester Carson,   Milanda Harmiena Roza Carson,   12731 W Shelton Matlock Rd,
               Shelton, WA 98584-8004
aty          +Thomas Brixius,   Brixius Law Firm,   900 SW 16th St Ste 210,   Renton, WA 98057-2631
952225456    +Alaska USA Federal Credit Union,   PO Box 196613,   Anchorage, AK 99519-6613
952196864    +Alaska Usa Fcu,   4000 Credit Union Drive,   Anchorage, AK 99503-6636
952196865    +Allied Interstate Inc,   3000 Corporate Exchange Dr.,   5th Floor,   Columbus, OH 43231-7723
952366424    +Chase Bank USA, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
952196869    +Chase Manhattan,   Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
952196873    +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
               Simi Valley, CA 93062-5170
952448925     Elan Financial Services as servicer for,   Key Bank,   P.O. Box 5229,   Cincinnati, OH 45201-5229
952397154    +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
952395414    +Household Finance Corporation III,   By PRA Receivables Management, LLC,   PO Box 12907,
               Norfolk VA 23541-0907
952196884    +Simpson Community Fcu,   Po Box 1670,   Shelton, WA 98584-5002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: WADEPREV.COM Mar 09 2013 02:13:00    State of Washington,   Department of Revenue,
               2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
sr            EDI: RESURGENT.COM Mar 09 2013 02:13:00    B-Line LLC,   Attn: Steven Kane,   PO Box 91121,
               Dept 550,   Seattle, WA 98111-9221
sr            EDI: BASSASSOC.COM Mar 09 2013 02:13:00    HSBC Bank Nevada NA,   Bass & Associates, P.C.,
               c/o Patti H Bass,   3936 E. Fort Lowell Road Suite 200,   Tucson, AZ 85712-1083
952196866    +EDI: CITICORP.COM Mar 09 2013 02:13:00    Assoc / Citi,   Attn: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
952196867     EDI: CAPITALONE.COM Mar 09 2013 02:13:00    Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091
952397398     EDI: RESURGENT.COM Mar 09 2013 02:13:00    CR Evergreen, LLC,   MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
952317130     EDI: CAPITALONE.COM Mar 09 2013 02:13:00    Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,   PO Box 71083,   Charlotte, NC 28272-1083
952196868    +EDI: CHASE.COM Mar 09 2013 02:13:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
952292431     EDI: CHASE.COM Mar 09 2013 02:13:00    Chase Bank USA NA,   PO BOX 15145,
               Wilmington, DE 19850-5145
952260428     EDI: CHASE.COM Mar 09 2013 02:13:00    Chase Bank USA, N.A.,   PO Box 15145,
               Wilmington, DE 19850-5145
952196870    +EDI: CHASE.COM Mar 09 2013 02:13:00    Chase-pier1,   Attn: Recovery,   Po Box 100018,
               Kennesaw, GA 30156-9204
952196871    +EDI: CITICORP.COM Mar 09 2013 02:13:00    Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
952601709    +EDI: CIAC.COM Mar 09 2013 02:13:00    CitiFinancial, Inc.,   PO Box 140069,
               Irving, TX 75014-0069
952202594     EDI: DISCOVER.COM Mar 09 2013 02:13:00    DISCOVER BANK,   DFS Services LLC,   PO Box 3025,
               New Albany, Ohio 43054-3025
952196874    +EDI: DISCOVER.COM Mar 09 2013 02:13:00    Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
953595688    +EDI: RESURGENT.COM Mar 09 2013 02:13:00    East Bay Funding, LLC,
               c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
952204230    +EDI: GMACFS.COM Mar 09 2013 02:13:00    GMAC,   P.O. Box 130424,   Roseville, MN 55113-0004
952196875    +EDI: RMSC.COM Mar 09 2013 02:13:00    Gembppbycr,   Attention: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
952196876     EDI: HFC.COM Mar 09 2013 02:13:00    HSBC,   Hsbc Retail Services Attention: Bankru,
               Po Box 15522,   Wilmington, DE 19850
952196878     EDI: HFC.COM Mar 09 2013 02:13:00    Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,
               Po Box 15522,   Wilmington, DE 19850
952367578    +EDI: BASSASSOC.COM Mar 09 2013 02:13:00    HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
952196877    +EDI: HFC.COM Mar 09 2013 02:13:00    Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,
               Carol Stream, IL 60197-5253
952230634    +EDI: CAUT.COM Mar 09 2013 02:13:00    JPMorgan Chase Bank, N.A.,   201 N. Central Ave, AZ1-1191,
               Phoenix, AZ 85004-0073
952293264     EDI: MERRICKBANK.COM Mar 09 2013 02:13:00    Merrick Bank,   c/o Resurgent Capital Services,
               PO Box 10368,   Greenville, SC 29603-0368
952196880    +EDI: MERRICKBANK.COM Mar 09 2013 02:13:00    Merrick Bank,   Po Box 5000,
               Draper, UT 84020-5000
952196881    +EDI: GMACFS.COM Mar 09 2013 02:13:00    Nuvell Credt,   P O Box 1762,   Greeley, CO 80632-1762
952545381    +EDI: OPHSUBSID.COM Mar 09 2013 02:13:00    Oak Harbor Capital, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
952463174     EDI: PRA.COM Mar 09 2013 02:13:00    Portfolio Recovery Associates, LLC.,   P.O. Box 41067,
               Norfolk, VA 23541
952290432    +EDI: PRA.COM Mar 09 2013 02:13:00    PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,   POB 41067,   NORFOLK VA 23541-1067
```

```
District/off: 0981-3           User: admin                 Page 2 of 3                  Date Rcvd: Mar 08, 2013
                               Form ID: ntcclm             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
952196882     +EDI: SEARS.COM Mar 09 2013 02:13:00      Sears/cbsd,    701 East 60th St N,
               Sioux Falls, SD 57104-0432
952196883     +EDI: CITICORP.COM Mar 09 2013 02:13:00      Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
952231903     +E-mail/Text: bncmail@w-legal.com Mar 09 2013 04:41:01       TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
952196885     +EDI: WTRRNBANK.COM Mar 09 2013 02:13:00      Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
952230844     +EDI: WFFC.COM Mar 09 2013 02:13:00      Wells Fargo Bank, N.A.,    4137 121st Street,
               Urbandale, IA 50323-2310
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
auc            Boardman Orwiler Corp., dba Stokes Auction
auc            Brian Orwiler
952196879      Mason County Tax Assessors
952313522*     Chase Bank USA NA,    P.O. BOX 15145,    Wilmington DE 19850-5145
952553140*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 41067,
               Norfolk, VA 23541)
952196872    ##+Citifinancial,    Po Box 499,   Hanover, MD 21076-0499
                                                                                  TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2013**                    **Signature:**     *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2013 at the address(es) listed below:
          Kathryn A Ellis    kae@seanet.com, WA18@ecfcbis.com;cgw@seanet.com
          Paul S Seabrook    on behalf of Debtor Raymond Carson paul@justiceforyou.com,
           ecf@justiceforyou.com
          Thomas  Brixius    on behalf of Debtor Raymond Carson thomas@brixiuslaw.com, lisa@brixiuslaw.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                             TOTAL: 4

Form ntcclm (06/2007)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Raymond Lester Carson
SSN: xxx–xx–4267

Milanda Harmiena Roza Carson
SSN: xxx–xx–7779

Debtor(s).

Case Number: 09–49831–BDL
Chapter: 7

## NOTICE TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

YOU ARE NOTIFIED that the Trustee in this case, **Kathryn A Ellis**, has recovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address above on or before **June 6, 2013.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate.

A Proof of Claim form may be obtained from the bankruptcy court's website at http://www.wawb.uscourts.gov under the Rules and Forms category. It can be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no fee for filing the proof of claim.

**ANY CREDITOR WHO HAS FILED A PROOF OF CLAIM
ALREADY NEED NOT FILE ANOTHER PROOF OF CLAIM**

Dated: March 7, 2013

Mark L. Hatcher
Clerk of the Bankruptcy Court